UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20065-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JULIO SEGUNDO PEREIRA PLATA,
_____/

**ORDER AFFIRMING REPORT & RECOMMENDATION**

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Rene Palomino, Esq. for fees and expenses be paid in the full amount of $11,898.60. The Court has reviewed Judge Palermo's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court, as follows:  Mr. Palomino shall be paid **$11,898.60** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 9th day of November, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Rene Palomino, Esq.
Lucy Lara, CJA Administrator